Charley Jones v. The State.

No. 6146.   Decided March 16, 1921.

Prohibition—Statement of Fact—Bills of Exception—Sentence.

Where, the record on appeal from a conviction of a violation of the prohibition statute failed to contain a statement of fact, bills of exception, or final sentence, the appeal is dismissed.

Appeal from the District Court of Kaufman.   Tried below before the Honorable Joel R. Bond.

Appeal from a conviction of a violation of the prohibition statute; penalty, three years imprisonment in the penitentiary.

The opinion states the case.

*Ross Huffmaster,* for appellant.

*C. M. Cureton,* Attorney General, for the State.

HAWKINS, JUDGE.—The appellant was convicted for a violation of the prohibition statute and given three years in the penitentiary.

The case is before us without a statement of facts and with no bills of exception, and an examination of the record discloses that there is an absence of a showing that sentence was ever passed upon the appellant. "In an appeal from a judgment of conviction in a case where the punishment assessed is imprisonment in the penitentiary, the record must contain the sentence,—which is the final judgment,—or the appeal will be dismissed." Branch's Ann. P. C., p. 338, Sec. 667, and many cases cited thereunder.

The appeal is ordered dismissed.

*Dismissed.*